# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Brittney Waterman, | Case No.: 3:14-cv-02821-CAB-BLM |
|---|---|
| Plaintiffs, | **[PROPOSED]** ORDER |
| vs. | |
| Ascension Law Group, P.C.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the parties' Joint Motion to Dismiss with Prejudice, and for good cause shown, IT IS HEREBY ORDERED GRANTING the parties' Joint Motion. This case is dismissed with prejudice, with each party shall bear its own attorneys' fees and costs.

Dated:  February 24, 2015

_____
Hon. Cathy Ann Bencivengo
United States District Judge